1
2
3
4
5
6

FILED
CLERK, U.S. DISTRICT COURT

OCT 17 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA

10  LEWIS GREENWOOD,                    )  Case No. CV 07-4343-VAP (OP)
11                                      )
12            Petitioner,                )  ORDER ADOPTING FINDINGS,
                                         )  CONCLUSIONS, AND
13       vs.                             )  RECOMMENDATIONS OF
                                         )  UNITED STATES MAGISTRATE
14  D. K. SISTO, Warden,                 )  JUDGE
                                         )
15            Defendant.                 )
16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
18  Petition, all the records and files herein, and the Report and Recommendation of the
19  United States Magistrate Judge. The Court concurs with and adopts the findings,
20  conclusions, and recommendations of the Magistrate Judge.
21  / / /
22  / / /
23  / / /

IT IS ORDERED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: Oct. 17 2008

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge