JS 6

FILED
CLERK, U.S. DISTRICT COURT

OCT 17 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION         BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS GREENWOOD,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>D. K. SISTO, Warden,<br><br>　　　　　Respondent. | Case No. CV 07-4343-VAP  (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: Oct. 17 2008

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge